1    PILLSBURY WINTHROP SHAW PITTMAN LLP
     BRUCE A. ERICSON  #76342
2    DAVID L. ANDERSON  #149604
     JACOB R. SORENSEN  #209134
3    MARC H. AXELBAUM  #209855
     DANIEL J. RICHERT  #232208
4    50 Fremont Street
     Post Office Box 7880
5    San Francisco, CA  94120-7880
     Telephone: (415) 983-1000
6    Facsimile: (415) 983-1200
     Email:  bruce.ericson@pillsburylaw.com
7
     Attorneys for Defendants
8    AT&T COMMUNICATIONS OF CALIFORNIA,
     AT&T CORP. and AT&T, INC.
9

10                   UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14   TOM CAMPBELL; GEORGE MAIN;              No. C-06-3596-VRW
     DENNIS P. RIORDAN; MARGARET
15   RUSSELL; ROBERT SCHEER; PETER          **STIPULATION AND [~~PROPOSED~~]**
     SUSSMAN; RICHARD BELZER; MARC          **ORDER ENLARGING TIME TO**
16   COOPER; STEPHEN J. MATHER;             **RESPOND TO COMPLAINT AND**
     SANDRA RICHARDS; CURREN WARF;          **SETTING BRIEFING SCHEDULE**
17   AMERICAN CIVIL LIBERTIES UNION         **FOR DEFENDANTS' MOTION TO**
     OF NORTHERN CALIFORNIA, a              **STAY ACTION AND**
18   nonprofit corporation; ACLU OF         **PLAINTIFFS' MOTION TO**
     SOUTHERN CALIFORNIA, a nonprofit       **REMAND TO STATE COURT**
19   corporation; AMERICAN CIVIL
     LIBERTIES UNION OF SAN                 **[Civ. L.R. 6-1(a)]**
20   DIEGO/IMPERIAL COUNTIES, a
     nonprofit corporation,                 Courtroom: 6, 17th Floor
21                                          Judge:      Hon. Vaughn R. Walker
                             Plaintiffs,
22
          vs.
23
     AT&T COMMUNICATIONS OF
24   CALIFORNIA, a corporation; AT&T
     CORP., a corporation; AT&T, INC., a
25   corporation; and DOES 1 through 20,

26                           Defendants.

27

28

700480339v2                                     Stip. & Prop. Order Enlarging Time to Respond to Compl.;
                                                     Setting Briefing Schedule for Motions to Stay and Remand
                                                                              No. C-06-3596-VRW

1                                    **RECITALS**

2           A.      On May 26, 2006, plaintiffs **Tom Campbell; George Main; Dennis P.**

3   **Riordan; Margaret Russell; Robert Scheer; Peter Sussman; Richard Belzer; Marc**

4   **Cooper; Stephen J. Mather; Sandra Richards; Curren Warf; American Civil**

5   **Liberties Union Of Northern California; ACLU Of Southern California; American**

6   **Civil Liberties Union Of San Diego/Imperial Counties** (collectively, "Plaintiffs")**,** filed

7   this action against defendants **AT&T Communications of California; AT&T Corp.** and

8   specially appearing defendant **AT&T Inc.**[1] (collectively, "Defendants").  Defendants were

9   served with a summons and a copy of Plaintiffs' Verified Complaint for Injunctive and

10  Declaratory Relief ("Complaint") on June 5, 2006, and removed the case to this Court on

11  June 6, 2006.  Under Rule 12(a) of the Federal Rules of Civil Procedure, Defendants have

12  until June 26, 2006 to respond to the Complaint.

13          B.      Defendants intend to move this Court to stay this action pending the

14  resolution of a motion pending before the Judicial Panel on Multidistrict Litigation.  *See In*

15  *re National Security Agency Telecommunications Records Litigation*, MDL Docket No.

16  1791.

17          C.      Plaintiffs intend to move this Court to remand this action to San Francisco

18  Superior Court.

19          In light of the foregoing, Plaintiffs and Defendants, through their respective counsel,

20  hereby stipulate and agree as follows:

21          IT IS HEREBY STIPULATED AND AGREED that

22          1.      Defendants will notice their motion to stay for hearing on August 17, 2006.

23  Defendants will file and serve their motion and supporting papers on or before June 30.

24  Plaintiffs will have until July 20 to file and serve their opposition papers.  Defendants will

25  have until August 3, 2006 to file and serve their reply papers.

26  _____

27  [1] AT&T Inc. contends that it is purely a holding company that does not operate
    telecommunications facilities in California, and therefore is not subject to personal
28  jurisdiction in California.

700480339v2                          - 1 -         Stip. & Prop. Order Enlarging Time to Respond to Compl.;
                                                        Setting Briefing Schedule for Motions to Stay and Remand
                                                        No. C-06-3596-VRW

1    2.    Plaintiffs will notice their motion for remand for hearing on August 17,

2  2006.  Plaintiffs will file and serve their motion and supporting papers on or before June 30.

3  Defendants will have until July 20 to file and serve their opposition papers.  Plaintiffs will

4  have until August 3, 2006 to file and serve their reply.

5    3.    Defendants need not answer or otherwise respond to the Complaint in this

6  action unless the Court denies Defendants' motion to stay and/or grants Plaintiffs' motion

7  to remand, in which case, Defendants will have until 30 days after the entry of an order

8  denying Defendants' Motion and/or granting Plaintiffs' Motion to respond to the

9  Complaint.

10    Dated:  June 22, 2006.

11        Respectfully submitted,

12        PILLSBURY WINTHROP SHAW
          PITTMAN LLP
13        BRUCE A. ERICSON
          DAVID L. ANDERSON
14        JACOB R. SORENSEN
          MARC H. AXELBAUM
15        DANIEL J. RICHERT
          50 Fremont Street
16        Post Office Box 7880
          San Francisco, CA  94120-7880

17

18
          By _____/s/ Bruce A. Ericson_____
19                 Bruce A. Ericson

20        Attorneys for Defendants
          AT&T Communications of California; AT&T
21        CORP. and AT&T INC.

22

23

24

25

26

27

28

                                    Stip. & Prop. Order Enlarging Time to Respond to Compl.;
                                    Setting Briefing Schedule for Motions to Stay and Remand
                                    No. C-06-3596-VRW

1         AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA

2         ANN BRICK #65296
MARK SCHLOSBERG #209144

3         NICOLE OZER #228643
39 Drumm Street

4         San Francisco, CA  94111

5         ACLU FOUNDATION OF SOUTHERN
CALIFORNIA

6         PETER ELIASBERG #189110
CLARE PASTORE #135933

7         1616 Beverly Boulevard
Los Angeles, CA 90026

8

9         ACLU FOUNDATION OF SAN DIEGO/IMPERIAL
COUNTIES

DAVID BLAIR-LOY #229235

10        P.O. Box 87131
San Diego, CA 92138

11

12        By       /s/ Ann Brick
                Ann Brick

13

14        Attorneys for Plaintiffs Tom Campbell;
George Main; Dennis P. Riordan; Margaret
Russell; Robert Scheer; Peter Sussman;

15        Richard Belzer; Marc Cooper; Stephen J.
Mather; Sandra Richards; Curren Warf;

16        American Civil Liberties Union Of Northern
California; ACLU Of Southern California;

17        American Civil Liberties Union Of San
Diego/Imperial Counties

18

19

20

21

22

23

24

25

26

27

28

700480339v2               - 3 -       Stip. & Prop. Order Enlarging Time to Respond to Compl.;
Setting Briefing Schedule for Motions to Stay and Remand
No. C-06-3596-VRW

1      **[PROPOSED] ORDER**

2      Pursuant to the foregoing Stipulation, and good cause appearing, the Court hereby

3   **ORDERS** as follows:

4      1.      Defendants will notice their motion to stay for hearing before this Court on

5   August 17, 2006.  Defendants will file and serve their motion and supporting papers on or

6   before June 30.  Plaintiffs will have until July 20 to file and serve their opposition papers.

7   Defendants will have until August 3, 2006 to file and serve their reply papers.

8      2.      Plaintiffs will notice their motion for remand for hearing before this Court

9   on August 17, 2006.  Plaintiffs will file and serve their motion and supporting papers on or

10  before June 30.  Defendants will have until July 20 to file and serve their opposition papers.

11  Plaintiffs will have until August 3, 2006 to file and serve their reply.

12     3.      Defendants need not answer or otherwise respond to the Complaint in this

13  action unless the Court denies Defendants' motion to stay and/or grants Plaintiffs' motion

14  to remand, in which case, Defendants will have until 30 days after the entry of an order

15  denying Defendants' Motion and/or granting Plaintiffs' Motion to respond to the

16  Complaint.

17     **IT IS SO ORDERED.**

18     Dated:  __June 26__, 2006

19

20

21

22

23

24

25

26

27

28

700480339v2                         - 4 -                 Stip. & Prop. Order Enlarging Time to Respond to Compl.;
                                                           Setting Briefing Schedule for Motions to Stay and Remand
                                                           No. C-06-3596-VRW

1     **DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

2          I, BRUCE A. ERICSON, hereby declare pursuant to General Order 45, § X.B, that I

3    have obtained the concurrence in the filing of this document from the other signatory listed

4    below.

5          I declare under penalty of perjury that the foregoing declaration is true and correct.

6          Executed on June 22, 2006, at San Francisco, California.

7                                        Respectfully submitted,

8                                        PILLSBURY WINTHROP SHAW
                                         PITTMAN LLP
9                                        BRUCE A. ERICSON
                                         DAVID L. ANDERSON
10                                       JACOB R. SORENSEN
                                         MARC H. AXELBAUM
11                                       DANIEL J. RICHERT
                                         50 Fremont Street
12                                       Post Office Box 7880
                                         San Francisco, CA  94120-7880

13

14
                                         By _____/s/ Bruce A. Ericson_____
15                                                    Bruce A. Ericson

16                                        Attorneys for Defendants
                                          AT&T Communications of California; AT&T
17                                        CORP. and AT&T INC.

18

19

20

21

22

23

24

25

26

27

28

700480339v2                          - 5 -        Stip. & Prop. Order Enlarging Time to Respond to Compl.;
                                                     Setting Briefing Schedule for Motions to Stay and Remand
                                                                      No. C-06-3596-VRW

| | |
|---|---|
| 1 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA |
| 2 | ANN BRICK #65296 MARK SCHLOSBERG #209144 |
| 3 | NICOLE OZER #228643 39 Drumm Street |
| 4 | San Francisco, CA  94111 |
| 5 | ACLU FOUNDATION OF SOUTHERN CALIFORNIA |
| 6 | PETER ELIASBERG #189110 CLARE PASTORE #135933 |
| 7 | 1616 Beverly Boulevard Los Angeles, CA 90026 |
| 8 | |
| 9 | ACLU FOUNDATION OF SAN DIEGO/IMPERIAL COUNTIES DAVID BLAIR-LOY #229235 |
| 10 | P.O. Box 87131 San Diego, CA 92138 |
| 11 | |
| 12 | By _____ /s/ Ann Brick _____ Ann Brick |
| 13 | |
| 14 | Attorneys for Plaintiffs Tom Campbell; George Main; Dennis P. Riordan; Margaret Russell; Robert Scheer; Peter Sussman; Richard Belzer; |
| 15 | Marc Cooper; Stephen J. Mather; Sandra Richards; Curren Warf; American Civil Liberties |
| 16 | Union Of Northern California; ACLU Of Southern California; American Civil Liberties Union Of San |
| 17 | Diego/Imperial Counties |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |